1   Lee J. Danforth, Esq. – SBN 73695
    Kathryn C. Klaus, Esq. – SBN 205923
2   **CODDINGTON, HICKS & DANFORTH**
    **A Professional Corporation, Lawyers**
3   555 Twin Dolphin Drive, Suite 300
    Redwood City, CA  94065-2133
4   Telephone: (650) 592-5400
    Facsimile:  (650) 592-5027
5
    **ATTORNEYS FOR** Defendant
6   Pacific Specialty Insurance Company

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  SELECT PORTFOLIO SERVICING, INC.,        Case No.   C 14-00551 YGR

13                    Plaintiff,              PACIFIC SPECIALTY INSURANCE
                                              COMPANY'S ANSWER TO COMPLAINT FOR
14  vs.                                       DECLARATORY RELIEF AND SPECIFIC
                                              PERFORMANCE
15  PACIFIC SPECIALTY INSURANCE
    COMPANY; ADEL M. MAHMOUD, JR.,
16
                      Defendants.
17

18

19          Defendant PACIFIC SPECIALTY INSURANCE COMPANY by and through its undersigned

20  counsel, hereby respectfully submits this Answer and Defenses to the Complaint for Declaratory Relief

21  and Specific Performance ("Complaint").  Because the Complaint contains numerous assumptions and

22  argumentative assertions, each and every allegation of the Complaint, including each and every

23  assumption implicit therein, is hereby denied, except to the extent expressly admitted below.

24                                    **ANSWER**

25          In response to the specific allegations of the First Amended Complaint, defendants aver as

26  follows:

27          1.       Defendant denies that it is in a dispute with either of the other two parties about the

28
                                              1

payment of insurance funds.  Defendant avers that the remaining allegations of Paragraph 1 consist of mere conclusions of law to which no response is required. To the extent a response is deemed required, defendant denies the remaining allegations as set forth in Paragraph 1.

2.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and on that basis denies those allegations.

3.      Defendant admits the allegations of Paragraph 3.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 and on that basis denies those allegations.

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and on that basis denies those allegations.

6.      Defendant admits the allegations of Paragraph 6.

7.      Defendant admits that the insurance funds at issue exceed the sum of $75,000.

8.      Defendant admits that there is a dispute between plaintiff and defendant Maumoud. Defendant denies the remaining allegations as set forth in Paragraph 8.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and on that basis denies those allegations.  To the extent a response is deemed required, defendant denies the allegations as set forth in Paragraph 9.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 and on that basis denies those allegations.  To the extent a response is deemed required, defendant denies the allegations as set forth in Paragraph 10.

11.     Defendant admits it issued Policy Number ANG-0218413-09 effective November 9, 2012 through November 9, 2013.  Defendant admits plaintiff is listed as a mortgage holder on Policy Number ANG-0218413-09 and that there is a mortgage clause within that policy.  Defendant denies the remaining allegations as set forth in Paragraph 11.

12.     Defendant admits the allegations of Paragraph 12.

13.     Defendant admits the allegations of Paragraph 13.

14.     Defendant admits that it issued two checks for the subject fire loss totaling $104,164.59 by two separate checks.

2

14a.     Defendant admits the allegations of Paragraph 14a.

14b.     Defendant admits the allegations of Paragraph 14b.

15.      Defendant admits that it issued replacement checks in December 2013.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 15 and on that basis denies those allegations.

16.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and on that basis denies those allegations.

17.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and on that basis denies those allegations.

18.      Defendant admits the allegations of Paragraph 18.

19.      Defendant admits the allegations of Paragraph 19.

20.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 and on that basis denies those allegations.

21.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 and on that basis denies those allegations.

22.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22 and on that basis denies those allegations.

23.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23 and on that basis denies those allegations.

24.      Paragraph 24 incorporates prior allegations by reference, and sets forth no additional factual allegations.   Accordingly, all defendants incorporate herein their prior responses to the corresponding allegations.

25.      Defendant denies that it is in a dispute with either of the other two parties about the payment of insurance funds.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 25 and on that basis denies those allegations.

26.      Defendant denies the allegations of Paragraph 26.

27.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 and on that basis denies those allegations.

Defendant's Answer to Complaint
Case No:  C 14-00551 EDL

28.     Defendant denies the allegations of Paragraph 28.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29 and on that basis denies those allegations.

30.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 and on that basis denies those allegations.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 and on that basis denies those allegations.

32.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 and on that basis denies those allegations.

33.     Paragraph 33 incorporates prior allegations by reference, and sets forth no additional factual allegations.   Accordingly, all defendants incorporate herein their prior responses to the corresponding allegations.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 and on that basis denies those allegations.

35.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 and on that basis denies those allegations.

36.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 and on that basis denies those allegations.

36a.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36a and on that basis denies those allegations.

36b.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36b and on that basis denies those allegations.

36c.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36c and on that basis denies those allegations.

36d.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36d and on that basis denies those allegations.

37.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 and on that basis denies those allegations.

37a.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37a and on that basis denies those allegations.

37b.    Defendant denies the allegations of Paragraph 37b.

37c.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37c and on that basis denies those allegations.

38.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 and on that basis denies those allegations.

39.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39 and on that basis denies those allegations.

40.    Paragraph 40 incorporates prior allegations by reference, and sets forth no additional factual allegations.  Accordingly, all defendants incorporate herein their prior responses to the corresponding allegations.

41.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 and on that basis denies those allegations.

42.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42 and on that basis denies those allegations.

43.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43 and on that basis denies those allegations.

44.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44 and on that basis denies those allegations.

45.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 and on that basis denies those allegations.

46.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 and on that basis denies those allegations.

47.    Paragraph 47 incorporates prior allegations by reference, and sets forth no additional factual allegations.  Accordingly, all defendants incorporate herein their prior responses to the corresponding allegations.

48.    Defendant denies the allegations of Paragraph 48.

5

49.     Defendant admits the allegations of Paragraph 49.

50.     Defendant denies the allegations of Paragraph 50.

51.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 and on that basis denies those allegations.

52.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52 and on that basis denies those allegations.

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53 and on that basis denies those allegations.

WHEREFORE, defendant prays as follows:

1.     That plaintiff takes nothing by reason of its Complaint, that judgment be rendered in favor of defendant;

2.     That defendant be awarded its costs of suit incurred in defense of this action; and

3.     For such other relief as the Court deems proper.

### AFFIRMATIVE DEFENSES

Defendant reserves the right to amend its pleadings and raise additional affirmative defenses as may be discovered during the course of these proceedings.  In further response to the Complaint, defendant avers as follows:

**First Defense**

Plaintiff fails to state a claim against defendant upon which relief may be granted.

**Second Defense**

Plaintiff is not entitled to injunctive or declaratory relief because the remedies at law are adequate.

**Third Defense**

Plaintiff's claims may be barred, in whole or in part, by the applicable statute of limitations under California Code of Civil Procedure sections 335.1 and 340.

**Fourth Defense**

Plaintiff's claims may be barred, in whole or in part, by the application contractual limitations period.

///

6

Defendant's Answer to Complaint
Case No:  C 14-00551 EDL

**Fifth Defense**

Plaintiff's claims may be barred, in whole or in part, by the applicable statute of limitations under California Code of Civil Procedure sections 335.1 and 340.

**Sixth Defense**

Any injury to plaintiff was due to and caused by the negligence and/or omissions of plaintiff to care for itself, which carelessness and/or negligence and/or omissions were the proximate cause of the damage, if any, to plaintiff.

**Seventh Defense**

Plaintiff's claims are barred by the doctrine of estoppel.

**Eighth Defense**

Plaintiff's claims are barred by waiver.

**Ninth Defense**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**Tenth Defense**

Plaintiff's claims are barred, in whole or in part, by consent.

**Eleventh Defense**

Plaintiff's claims are barred, in whole or in part, by its failure to mitigate damages.

**Twelfth Defense**

The negligence of a third-party or parties was a superseding, intervening cause of plaintiff's injuries.

**Thirteenth Defense**

To the extent that plaintiff suffered any detriment, such detriment was caused or contributed to by plaintiff's negligence and damage, if any, should be reduced in direct proportion to its fault.

**Fourteenth Defense**

Any alleged injury and damages suffered by plaintiff was not caused by, or a result of any fault, act, or omission by defendant, but was caused by circumstances, persons, or entities, including plaintiff, for which defendant is not responsible, and for which defendant cannot be held liable.

//

7

**Fifteenth Defense**

There is no coverage under Policy Number ANG-0218413-09 for the claims asserted as a result of said Policy's provisions, limitations, conditions or endorsements contained in or incorporated by reference, expressly or impliedly, in the Policy and conditions which apply to the Policy.

**Sixteenth Defense**

Even if the claims plaintiff has asserted were within the insuring agreements of Policy Number ANG-0218413-09 there is no coverage under the said Policy for the claims asserted as a result of exclusions contained in or incorporated by reference, expressly or impliedly, in said Policy.

Dated:  March 11, 2014                          CODDINGTON, HICKS & DANFORTH

                                                               /s/   *Lee J. Danforth*

                                            By: _____
                                                  Lee J. Danforth
                                                  Kathryn C. Klaus
                                                  Attorneys for Defendant
                                                  Pacific Specialty Insurance Company

Defendant's Answer to Complaint
Case No:  C 14-00551 EDL