1  Tesfaye W. Tsadik, Esq., CSB#108103
   Law Offices of Tesfaye Tsadik
2  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
3  Telephone: (510) 839-3922
   Facsimile:( 5100 444-1704
4  E-mail: ttsadik@pacbell.net

5  Attorney for Plaintiff
   ADEL M. MAHMOUD, JR.
6

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10

11  SELECT PORTFOLIO SERVICING    )   **CASE NO.  4:14-cv-00551 YGR**
    , INC .                       )
12                                )   ORDER GRANTING
                  Plaintiff,      )   **STIPULATION** ~~AND ORDER~~ **TO**
13       VS.                      )   **CONTINUE CASE MANAGEMENT**
                                  )   **CONFERENCE DATE**
14  PACIFIC SPECIALTY INSURANCE   )
    COMPANY; ADEL M. MAHMOUD,     )   AS MODIFIED BY THE COURT
15  JR.,                          )
                  Defendants.     )
16  _____)
                                  )
17  ADEL M. MAHMOUD, JR           )
                                  )
18     Counter/Cross- Complainant )
                                  )
19       vs.                      )
                                  )
20  SELECT PORTFOLIO SERVICING,   )
    INC., and PACIFIC SPECIALTY   )
21  INSURANCE COMPANY.            )
                                  )
22     Counter/Cross Defendants.  )
                                  )
23  _____)

24
         **WHEREAS**, counsel for defendant/counter and cross-complainant, ADEL
25
    MAHMOUD, Jr. ("Mahmoud") is unavailable between May 27, 2014 through June 17,
26
    2014, as a result of out of the country travel plan which was made long before Mahmoud
27

28                              -1-

became a party to this action,

WHEREAS, counsel for Mahmoud is a sole practitioner and it is necessary to reschedule the Case Management Conference which is set for June 9, 2014 to allow counsel to attend in person,

**NOW THEREFORE**, the parties through their respective counsel hereby stipulate that the Case Management Conference scheduled for June 9, 2014, is hereby rescheduled for **June 30, 2014 at 2:00** p.m.

Dated:  May 5, 2014          /s/Susan JaneWelde
Susan Jane Welde, Esq.
Locke Lord, LLP
Attorneys for Plaintiff/Counter defendant
SELECT PROTFOLIO SERVICING, INC.

Dated:  May 5, 2014          /s/ Kathryn Caroll Klaus
Kathryn Caroll Klaus, Esq.
Coddington, Hicks & Danforth
Attorneys for defendant/cross-defendant
PACIFIC SPECIALTY INSURANCE CO.

Dated:  May 5, 2014          /s/Tesfaye W. Tsadik
Tesfaye W. Tsadik, Esq.
Attorney for Defendant/Counter/Cross Complainant
ADEL M. MAHMOUD, Jr.

Based upon stipulation and the Court's calendar, the Case Management Conference scheduled for June 9, 2014, is CONTINUED to July 28, 2014, at 2:00 p.m.

**IT IS SO ORDERED**

Dated: May 8, 2014          HONORABLE YVONNE GONZALES ROGERS
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-