UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SELECT PORTFOLIO SERVICING, INC.,**<br><br>        Plaintiff,<br><br>    v.<br><br>**PACIFIC SPECIALTY INSURANCE COMPANY; ADEL M. MAHMOUD, JR.,** *et al.***,**<br><br>        Defendants. | Case No.: 14-CV-0551 YGR<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING ON JURISDICTIONAL QUESTION** |

Now before the Court is Plaintiff and Counter-Defendant Select Portfolio Servicing Inc.'s Motion to Dismiss the Counterclaim of Adel M. Mahmoud, Jr.  (Dkt. No. 37.)  Defendant and Counterclaimant Mahmoud has filed an opposition thereto (Dkt. No. 39), to which Select Portfolio Servicing has replied (Dkt. No. 40).

The Court has carefully considered the papers submitted and the pleadings in this action, and hereby **ORDERS** Plaintiff Select Portfolio and Defendant Adel Mahmoud to provide supplemental briefing on the threshold issue of whether the Court properly has jurisdiction over Defendant Mahmoud's counterclaims against Plaintiff Select Portfolio Servicing.  Such supplemental briefs shall be no more than 5 pages in length and shall be filed no later than Friday, July 18, 2014.

Accordingly, the hearing on Plaintiff and Counter-Defendant Select Portfolio's Motion to Dismiss currently set for July 11, 2014 is **VACATED**, to be reset if the Court deems it necessary.

**IT IS SO ORDERED**.

Date: July 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**