**In the United States District Court**
**for the Northern District of California**
Settlement Conference Minutes
U.S. Magistrate Judge
Kandis A. Westmore

**Date:** October 27, 2014

**FTR:** 3:50-4:02

**Case No.:** C14-0551 YGR (KAW)

**Case Name:** Select Portfolio Servicing, Inc. V. Pacific Specialty Insurance Co., et al

**Counsel:**
**Plf:** Susan Welde            **Def:** Kathryn Klaus - Pacific Specialty Ins.
                                         Tesfaye Tsadik - Adel Mahmoud

**Outcome of Settlement Conference:**

|     |     |
| --- | --- |
| __X__ | Settled |
| _____ | Partial settlement |
| _____ | Did not settle |
| _____ | Other: |

**Notes:** Settlement placed on the record.

**Time:** 4 hrs. 47 mins.

cc: KAW, YGR