UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SELECT PORTFOLIO SERVICING, INC.,**

    Plaintiff,

  v.

**PACIFIC SPECIALTY INSURANCE COMPANY, ET AL.,**

    Defendants.

Case No. 14-cv-00551-YGR

**ORDER SETTING COMPLIANCE HEARING RE: DISMISSAL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the minutes of the settlement conference held October 27, 2014, the above-captioned case has settled. Accordingly, all pending motion, case management and trial dates are **VACATED**. The stay of the instant action, entered by the Court's Order of July 30, 2014, is **DISSOLVED**.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, November 28, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than **November 14, 2014**, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **Joint Statement** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**