UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SELECT PORTFOLIO SERVICING, INC.,** | Case No.: 14-CV-0551 YGR |
| **Plaintiff,** | ORDER SETTING COMPLIANCE HEARING |
| v. | |
| **PACIFIC SPECIALTY INSURANCE COMPANY; ADEL M. MAHMOUD, JR.,** | |
| **Defendants.** | |

The Court understands, based on the representation of the parties, that the above-captioned case has settled. Accordingly, a compliance hearing regarding the status of the settlement negotiations shall be held on the Court's **1:59 p.m.** calendar on **Monday, February 2, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. **Personal appearances of the principals authorized to execute the settlement is required.** Continuances will not be granted.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a notice of finalized settlement agreement and stipulation of dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Date: **January 7, 2015**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE